IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BARNES, | No. C 09-03935 SI |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
|     Defendant. | |

Both cross-motions for summary judgment are denied, and plantiff's alternative motion for remand of this matter for further administrative proceedings is granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: February 3, 2011

SUSAN ILLSTON
United States District Judge